UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LANDRY SIMMONS, | ) | |
| | ) | CASE NO. 1:19 CV 290 |
| Plaintiff(s), | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | JUDGMENT ORDER |
| | ) | |
| WEBCOLLEX, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Having been notified by the parties that Plaintiff, Landry Simmons has accepted the Offer of Judgment proposed by the Defendant, Webcollex, LLC, pursuant to Fed. R. Civ. P. 68(a), judgment is hereby entered in favor of the Plaintiff in the amount of $1,001.00 in damages, plus attorney fees and costs, and this case is terminated. Plaintiff should file his request for attorneys fees and costs no later than April 30, 2019. IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: _April 17, 2019_